Austen Gersonde (SBN 11742)
agersonde@aldridgepite.com
**ALDRIDGE PITE, LLP**
345 Queen Street, Suite 500
Honolulu, HI 96813
Telephone: (808) 275-4490
Facsimile: (808) 412-2718

Ken Ohara (SBN 8264)
kohara@aldridgepite.com
**ALDRIDGE PITE, LLP**
345 Queen Street, Suite 500
Honolulu, HI 96813
Telephone: (808) 275-4490
Facsimile: (808) 412-2718

Attorneys for JPMorgan Chase Bank, National Association

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF HAWAII**

| | |
|---|---|
| In re<br><br>Hugh John Coflin,<br><br>                Debtor. | Case No. 25-00143<br>(Chapter 11) |

**JPMorgan Chase Bank, National Association's**
**REQUEST FOR SPECIAL NOTICE**

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the firm of ALDRIDGE PITE, LLP, attorneys for JPMorgan Chase Bank, National Association hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

**ALDRIDGE PITE, LLP**
3333 Camino del Rio South, Suite 225

San Diego, CA 92108

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

    c.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

ALDRIDGE PITE, LLP

Dated: February 28, 2025    /s/ Austen S Gersonde
Attorneys for JPMorgan Chase Bank, National Association

U.S. Bankruptcy Court - Hawaii  #25-00143  Dkt # 8  Filed  02/28/25  Page 2 of 3

| Filer's Name, Address, Phone, Fax, Email: | | |
|---|---|---|
| Austen Gersonde (SBN 11742)<br>agersonde@aldridgepite.com<br>Aldridge Pite, LLP<br>3333 Camino del Rio South<br>Suite 225<br>San Diego, CA 92108<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 | Ken Ohara (SBN 8264)<br>kohara@aldridgepite.com<br>Aldridge Pite, LLP<br>810 Richards Street, Suite 700<br>Honolulu, HI 96813<br>Telephone: (808) 275-4490<br>Facsimile: (808) 412-2718 | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |
| JPMorgan Chase Bank, National Association | | hib_9013-3 (12/09) |

| | |
|---|---|
| *Debtor:* Hugh John Coflin | *Case No.:* **25-00143** |
| *Joint Debtor:* | *Chapter* **11** |
| [If adversary proceeding, complete the information below. Use "et al." if multiple parties.]<br>*Plaintiff(s):*<br> vs.<br>*Defendant(s):* | *Adversary Proceeding No.:*<br><br>*Related Docket No.:* |

## CERTIFICATE OF SERVICE

| Document(s) served: | Date served: |
|---|---|
| Request for Special Notice | |

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.**

*[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution.]*

| *Example:*<br>● Name of individual served<br>● If attorney, name of client<br>● Mailing address *or*<br>  Email address if served via ECF *or*<br>  Fax number if served by fax | Hugh John Coflin<br>PO Box 880331<br>Pukalani, HI 96788 | U.S. Trustee<br>Department of Justice<br>300 Ala Moana Boulevard Room 4108<br>Honolulu, HI 96850<br>ustpregion15.hi.ecf@usdoj.gov |
|---|---|---|
| | | |

| Dated: 2/28/2025 | /s/Melissa Gonzalez_____<br>Signature (If original signature, print name above) |
|---|---|